AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Keith Suffriti | ) | Case No. |
| | ) | 20-mj-3215-KAR |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 2020 to December 10, 2020__ in the county of __Hampden__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252A(a)(2) | Distribution of Child Pornography |
| 18 USC 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

Affidavit of Ian Smythe

☐ Continued on the attached sheet.

Signed electronically with authorization from
Special Agent Ian Smythe on December 10, 2020.

/s/ Ian Smythe
*Complainant's signature*

Ian Smythe, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/10/2020

/s/ Katherine A. Robertson
*Judge's signature*

City and state: Springfield, MA

Katherine A. Robertson, U.S. Magistrate Judge
*Printed name and title*

Signed electronically with authorization from Katherine A. Robertson, U.S. Magistrate Judge on December 10, 2020.