**Criminal Case Cover Sheet**             **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II     **Investigating Agency** FBI

**City** Feeding Hills     **Related Case Information:**

**County** Hampden     Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 20-mj-3206-3212
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Keith Suffriti    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Feeding Hills, MA

Birth date (Yr only): 1989   SSN (last4#): 6012   Sex: M   Race: White   Nationality: _____

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: Alex J. Grant    Bar Number if applicable: 629754

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** 12/10/2020

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____    Signature of AUSA: _____

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Keith Suffriti

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 2252A(a)(2) | Distribution of Child Pornography | 1 |
| Set 2 | 18 USC 2252A(a)(5)(B) | Possession of Child Pornography | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____